BOND

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−01238−JMB−1

Case title: USA v. Harris

Other court case number: 2:20−cr−20246−TLP Western District of Tennessee (Memphis)

Date Filed: 06/21/2021

---

Assigned to: Magistrate Judge John M. Bodenhausen

**Defendant (1)**

**Carolyn Harris** represented by **St. Louis Fed Public Defender**
FEDERAL PUBLIC DEFENDER − St Louis
1010 Market Street
Suite 200
St. Louis, MO 63101
314−241−1255
Fax: 314−421−3177
Email: moe_ecfnote@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Gov*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| RULE 5 COMPLAINT OUT | |

---

**Plaintiff**

**USA** represented by **U. S. Attorney − Criminal**
UNITED STATES ATTORNEYS OFFICE − St. Louis
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314−539−2200
Fax: 314−539−7695
Email: usamoe.crimdock@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/21/2021 | | | RULE 5 COMPLAINT − OUT signed by Judge Magistrate Judge John M. BodenhausenACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E−GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. as to Carolyn Harris (1). (DLB) (Entered: 06/21/2021) |
| 06/21/2021 | | | Arrest of defendant Carolyn Harris date of arrest: 6/21/2021 on charging papers from TN. (NEP) (Entered: 06/21/2021) |
| 06/21/2021 | 1 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before Magistrate Judge John M. Bodenhausen: Initial Appearance re: Rule 5c3 − MJ arrest case only as to Carolyn Harris held on 6/21/2021. Under Section 15002(b)(2)(A) of the CARES act, in response to the COVID−19 crisis this Court authorizes the use of video and telephone conferencing for criminal hearings. The defendant has been advised and consents on the record to proceed by Zoom. Counsel for the government and for the defendant also participate by Zoom.Defendant sworn. Carolyn Harris (1) O/R. Defendant advised of rights and indicated an understanding of those rights. Attorney St. Louis Fed Public Defender for Carolyn Harris added. Waiver of Rule 5 & 5.1 Hearings signed. (proceedings started: 1:02) (proceedings ended: 1:18)(FTR Gold Operator Initials: NEP) (Defendant Location: Bond)(Appearance for Government: Ryan Finlen)(Appearance for Defendant: CJ Banks) (NEP) (Entered: 06/21/2021) |
| 06/21/2021 | 2 | | Rule 5 papers prepared by the judge as to Carolyn Harris. (NEP) (Entered: 06/21/2021) |
| 06/21/2021 | 3 | | WAIVER of Rule 5(c)(3) Hearings by Carolyn Harris (NEP) (Entered: 06/21/2021) |
| 06/21/2021 | 4 | | |

| | | | |
|---|---|---|---|
| | | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Carolyn Harris for initial appearance and all further proceedings in the case. Signed by Magistrate Judge John M. Bodenhausen on 6/21/2021. (NEP) (Entered: 06/21/2021) |
| 06/21/2021 | 5 | | ORDER Setting Conditions of Release by Defendant Carolyn Harris. as to Carolyn Harris (1) O/R. Signed by Magistrate Judge John M. Bodenhausen on 6/21/2021. (NEP) (Entered: 06/21/2021) |

**RULE 5 INITIAL APPEARANCE RECORD BEFORE MAGISTRATE JUDGE JOHN M. BODENHAUSEN**

Date: 6/21/2021 D.Ct. No. 2:20 CR 20246 TLP

Defendant's Name: Carolyn Harris M.J. No. 4:21 MJ 1238

SSN # XXX-XX- ________ DOB: ________ PTO / Interpreter: ________

Location: TFE Courthouse or Other: Defendant Consents to Appear by Video

U.S. Attorney: Ryan Finlen Present Not Present

Defense Attorney: CJ Banks (FPD) Present Not Present IA Only

Pretrial Services Officer: Molly Gain

**Defendant advised of following**:

- x Nature of Offense
- x Def. given copy of charging document or charges explained to Def.;
- ____ Charging document read to defendant by interpreter
- ✓ Right to remain silent; defendant's statements can be used against him/her in court
- ✓ Right to be represented by counsel
- ✓ Right to have counsel appointed, if indigent
  - X FPD Appointed: ____ for initial appearance only; X all further appearances
  - ____ CJA Appointment: ________
  - ____ Retained: ________
- ____ Right to preliminary hearing/identity hearing within 14 days or 21 days if released
- ✓ Rights under Rule 20 if charged in another district

**Citizenship**: ____ USA ____ Other: ________

____ If **not** U.S. citizen: "You may request that an attorney for the U.S. or a law enforcement official notify a consular office of your country of nationality that you have been arrested--but even without your request, a treaty or other international agreement may require consular notification."

**Bail set**: 6/21/21 (O.R.) Unsec. A.B. Sec. A.B. (Cash Property 10%)

Motion for detention made by: ________ USA ________ Court

**Detention Hearing**: Date: 6/21/21 Time: 1pm am / pm Judge: JMB

**Next Appearance**: Date: TBD Time: ________ am / pm Judge: ________

Proceeding: Pretrial Hearing

Defendant: ____ Committed to custody of U.S. Marshal ____ Released on bond

Notes: Report to WDTN - Memphis

/s/John M. Bodenhausen

**JOHN M. BODENHAUSEN**
**UNITED STATES MAGISTRATE JUDGE**

Case to remain: **SEALED** Unsealed

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

United States of America
v.
Carolyn Harris,
*Defendant*

Case No. 4:21 MJ 1238 JMB

Charging District's Case No. 2:20 CR 20246 TLP

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of Tennessee .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 06/21/2021

X Carolyn Harris
*Defendant's signature*

VERIFIED WITH COUNSEL VIA VIDEO
*Signature of defendant's attorney*

*Printed name of defendant's attorney*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:21 MJ 1238 JMB** |
| | ) | |
| **CAROLYN HARRIS,** | ) | **WDTN: 2:20 CR 20246 TLB** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The above-named defendant, having established the inability to retain private counsel, being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006(A),

**IT IS HEREBY ORDERED** that the Federal Public Defender is appointed to represent the above-named defendant in this matter.

/s/ **John M. Bodenhausen**
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of June, 2021.

# UNITED STATES DISTRICT COURT

for the

EASTERN District of MISSOURI

United States of America
v.
CAROLYN HARRIS,
*Defendant*

Case No. 4:21 MJ 1238 JMB
WDTN - Memphis 2:20 CR 20246- TLP

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: 167 North Main Street, Memphis TN 38103 (USMS - 10th Floor)
*Place*

Initial Appearance before the Honorable Annie T. Christoff

on Contact Info.: 901-495-1254 June 25, 2021, at 2:00 p.m.
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization ______
Address *(only if above is an organization)* ______
City and state ______ Tel. No. ______
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: ______ ______
*Custodian* *Date*

( ☒ ) (7) The defendant must:

( ☒ ) (a) submit to supervision by and report for supervision to the U.S. Pretrial Services Office, 111 South 10th Street, 6th Floor telephone number 314-244-7000, no later than Immediately following release from USMS.

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☐ ) (d) surrender any passport to: ______

( ☐ ) (e) not obtain a passport or other international travel document.

( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Eastern District of Missouri and may travel to the Western District of Tennessee for Court purposes only.

( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: ______

( ☒ ) (h) get medical or psychiatric treatment: As directed by the Pretrial Services Office.

( ☐ ) (i) return to custody each ______ at ______ o'clock after being released at ______ o'clock for employment, schooling, or the following purposes: ______

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☒ ) (k) not possess a firearm, destructive device, or other weapon.

( ☒ ) (l) not use alcohol ( ☒ ) at all ( ☐ ) excessively.

( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☒ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from ______ to ______, or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) ______________________________________________

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years -- you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X Carolyn Harris
*Defendant's Signature*

St. Louis, Missouri
*City and State*

### Directions to the United States Marshal

( [X] ) The defendant is ORDERED released after processing.
( [ ] ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: June 21, 2021

*Judicial Officer's Signature*

JOHN M. BODENHAUSEN, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL